IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-01723-ZLW-BNB

FUJIFILM GRAPHIC SYSTEMS, U.S.A, INC.,

    Plaintiff,

v.

ITECH, LLC, a Limited Liability Corporation; and
MOTION PRODUCTS, LLC, a Limited Liability Corporation,

    Defendant.

## ORDER

    The matter before the Court is Defendants' Response To Motion To Set A Hearing On The Order To Show Cause And Objection To Hearing Setting (Doc. No. 10), which the Court treats as a motion for reconsideration of the Court's August 20, 2008, Order (Doc. No. 6).  This replevin action was originally filed in state court.  On August 6, 2008, the state court issued an Order To Show Cause setting a hearing pursuant to Colo. R. Civ. P. 104(c) for August 15, 2008.  The action was removed to this Court based on diversity jurisdiction on August 13, 2008, and thus no hearing went forward in state court.  On August 19, 2006, Plaintiff filed a Motion To Set A Hearing On The Order To Show Cause.  The Court granted Plaintiff's motion on August 20, 2008, adopting the state court's Order To Show Cause and setting a show cause hearing.

    Defendants now argue that a show cause hearing pursuant to Colo. R. Civ. P. 104(c) is a state procedure which does not apply in this federal Court.  The Court

agrees. Neither party has cited any case in which a federal court has held a show cause hearing pursuant to Colo. R. Civ. P. 104(c), and the Court has found none. Further, Colo. R. Civ. P. 104 requires that the order issued after the show cause hearing include certain directions to state law enforcement.[1] This federal Court has no authority to direct state law enforcement, and the Court cannot re-write the rule to allow it to "fit" in this jurisdiction. Accordingly, it is

ORDERED that Defendants' Response To Motion To Set A Hearing On The Order To Show Cause And Objection To Hearing Setting (Doc. No. 10) is treated as a motion for reconsideration of the Court's August 20, 2008, Order (Doc. No. 6), and is granted. It is

FURTHER ORDERED that the August 20, 2008, Order (Doc. No. 6) is vacated. It is

FURTHER ORDERED that Plaintiff's Motion To Set A Hearing On The Order To Show Cause (Doc. No. 4) is denied. It is

FURTHER ORDERED that the show cause hearing previously set for October 15, 2008, is vacated. It is

---

[1] See Colo. R. Civ. P. 104(g) and (h).

FURTHER ORDERED that the hearing on Defendants' Motion To Dismiss Or Compel Joinder Of Additional Parties (Doc. No. 11) remains set for hearing on October 15, 2008, at 2:00 p.m.

DATED at Denver, Colorado this   7th   day of October, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court